FILED
JAN 18 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the matter of )
)
**DESIGNATION OF MAGISTRATE** ) MISCELLANEOUS NO. 99-750
**JUDGE ROBERT TRUMBLE FOR** )
**SERVICE IN THE DISTRICT OF** )
**MARYLAND** )
_____ )

3:22-MC-4

### ORDER

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsection (a), (b), or (c) of Section 636 in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying (1) the emergency by reason of which the magistrate judge is being transferred, (2) the duration of his or her assignment, and (3) the duties which he or she is authorized to perform.

The District of Maryland certifies the need for periodic emergency assistance from the Honorable Robert Trumble, a magistrate judge in the Northern District of West Virginia, to perform the duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c). The emergency in the district is that there are magistrate judge position vacancies caused by matters outside of the control of the court. During this time, there is a need for visiting magistrate judges to assist with matters, primarily felony preliminary proceedings, on an emergency basis. The District of Maryland further certifies that it will coordinate its requirements with the Honorable Robert Trumble such that his assistance will not conflict with the performance of his current assignments to the Northern District of West Virginia.

**THEREFORE, IT IS ORDERED** with the concurrence of the Honorable Gina Marie Groh, Chief Judge of the Northern District of West Virginia, that United States Magistrate Judge Robert Trumble is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. '636(a)-(c), on an as needed basis, in the District of Maryland (including remotely from the Northern District of West Virginia) for a period from January 1, 2022 to June 30, 2022, and for such further time as may be required for the judge to complete unfinished business that was assigned to the judge during the six-month period.

**IT IS SO ORDERED.**

DATED: December 13, 2021

*/s/ James K. Bredar*
**JAMES K. BREDAR, Chief Judge**
**United States District Court**